**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 109 WAL 2019

                Respondent       :

                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court

                v.                 :

                                    :

MICHAEL DWAYNE BAGNALL,       :

                                    :

                Petitioner       :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2019, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by petitioner, is:

> The lower court erred in failing to grant a new trial based upon a serious *Brady*
> violation.